1  MICHAEL J. HADDAD (State Bar No. 189114)
   JULIA SHERWIN (State Bar No. 189268)
2  T. KENNEDY HELM (State Bar No. 282319)
   MAYA SORENSEN (State Bar No. 250722)
3  HADDAD & SHERWIN LLP
   505 Seventeenth Street
4  Oakland, California  94612
   Telephone: (510) 452-5500
5  Fax: (510) 452-5510

6

7  Attorneys for Plaintiff
   FERNANDO T. SOTO

8

9                          **UNITED STATES DISTRICT COURT**

10                         **NORTHERN DISTRICT OF CALIFORNIA**

11

12  FERNANDO T. SOTO, Individually,       )
                                          )
13                  Plaintiff,            )     No. 5:16-cv-01139-NC
                                          )
    vs.                                   )
14                                        )     **STIPULATION OF DISMISSAL WITH**
                                          )     **PREJUDICE AND ORDER**
15  CITY OF SALINAS, a public entity,     )
    SALINAS CHIEF OF POLICE KELLY         )
16  MCMILLIN, in his individual and official )
    capacities, SALINAS POLICE            )
17  OFFICERS CARLO CALUPAD,               )
    GABRIEL GONZALEZ, SERGEANT            )
18  EULALIO VILLEGAS, JR., and DOES 1     )
    through 10, individually, jointly and )
19  severally,                            )
                                          )
20                  Defendants.           )
                                          )

21

22

23

24

25

26

27

28

Case No. 5:16-cv-01139: STIPULATION OF DISMISSAL WITH PREJUDICE &  ORDER

1   IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned
2   counsel, that pursuant to the settlement between the parties in this matter, the above-captioned
3   action be dismissed with prejudice in its entirety, all parties to bear their own attorneys' fees and
4   costs.

5   **IT IS SO STIPULATED.**

9   DATED:  February 7, 2017                HADDAD & SHERWIN LLP

10                                          /s/ *T. Kennedy Helm*
11                                          T. KENNEDY HELM
                                            Attorneys for Plaintiff FERNANDO T. SOTO

13  DATED:  February 7, 2017                LAW OFFICES OF VINCENT P. HURLEY

15                                          /s/ *Vincent P. Hurley*\*
16                                          VINCENT P. HURLEY
                                            Attorneys for Defendants CITY OF SALINAS,
                                            SALINAS POLICE CHIEF KELLY MCMILLIN,
17                                          OFFICER CARLO CALUPAD, OFFICER
18                                          GABRIEL GONZALEZ, and SERGEANT
                                            EULALIO VILLEGAS, JR.

20  *Mr. Hurley provided his consent that this document be electronically filed.

**ORDER**

Having reviewed the Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that plaintiff's complaint and action herein is dismissed in full and with prejudice in its entirety as to all defendants, all parties to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: February 7, 2017



_____
UNITED STATES MAGISTRATE JUDGE